570 A.2d 957

STATE OF NEW JERSEY v. ANDRE JOHNSON.

October 10, 1989.

Petition for certification denied.

570 A.2d 957

STATE OF NEW JERSEY v. ROBERT SOLANO.

October 10, 1989.

Petition for certification denied.

570 A.2d 957

STATE OF NEW JERSEY v. DENISE SMITH.

October 10, 1989.

Petition for certification denied.

570 A.2d 957

STATE OF NEW JERSEY v. ANTHONY L. BAINES.

October 10, 1989.

Petition for certification denied.